UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Margaret V. Powell

    V.

MBTA

**Replevin**

1. The petitioner is not a resident of Massachusetts, but is a citizen of the United States.
2. The petitioner was arrested by the MBTA police on November 26th, 2019.
3. The petitioner attempted to retrieve her personal property on or about December 12.
4. The petitioner found a number of her possessions damaged, and some items missing.
5. The petitioner showed a lieutenant of the MBTA police the damage to some of her possession at that time.
6. The petitioner was not permitted to inspect all of her belongings at the time of retrieval, but was forced to leave.
7. The petitioner found her 'duck's back' backpack cover totally destroyed, and a second brand new 'duck's back' underneath the first, damaged. The petitioner's month old jacket was damaged, as was an older jacket.
8. The petitioner found her 4-year-old flash drive containing highly valuable, incriminating evidence, shoe laces, pants draw string, knife, camp "footprint" and bivouac bag, missing altogether.

Wherefore, the petitioner requests the immediate return of all of these items that were in the sole possession of the MBTA police for the entirety of her incarceration.

    Pro Se

    Margaret V. Powell

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

### AFFIDAVIT

1. The Petitioner asserts that she holds no possessions of any significant value, has no income and has no real estate. She requests to proceed in "Forma Pauperus" (?)

2. The Petitioner requests the court provide her with counsel as she does not have the wherewithal to provide counsel on her own behalf.

Pro Se

Margaret V. Powell